**DISMISS and Opinion Filed August 13, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-24-00882-CV

### SHANNON K. MCCLENDON, Appellant
### V.
### SUSAN A. HILGENFELD, Appellee

**On Appeal from the County Court at Law No. 2**
**Hunt County, Texas**
**Trial Court Cause No. CC2300173**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Pedersen, III, and Carlyle
Opinion by Justice Partida-Kipness

Before the Court is appellant's motion to dismiss the appeal. We grant the

motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).


/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
240822F.P05                                                JUSTICE



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

SHANNON K. MCCLENDON,
Appellant

No. 05-24-00882-CV     V.

SUSAN A. HILGENFELD, Appellee

On Appeal from the County Court at
Law No. 2, Hunt County, Texas
Trial Court Cause No. CC2300173.
Opinion delivered by Justice Partida-
Kipness. Justices Pedersen, III and
Carlyle participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

It is **ORDERED** that appellee SUSAN A. HILGENFELD recover her costs
of this appeal from appellant SHANNON K. MCCLENDON.

Judgment entered August 13, 2024

–2–